UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RAPHAEL PREZIOSO,

     Plaintiff,                     CASE NO.:

vs.

PRINCESS CRUISE LINES, LTD.,

     Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, RAPHAEL PREZIOSO, by and through his undersigned counsel and sues the Defendant, PRINCESS CRUISE LINES, LTD., and alleges as follows.

## GENERAL ALLEGATIONS

1.     This is an action for damages that exceeds $75,000.00, exclusive of costs, interest and attorney's fees, the sum specified by 28 U.S.C. '1332.

2.     This is an action for damages resulting from injuries received by Plaintiff, RAPHAEL PREZIOSO, while a passenger on board the vessel, *"Caribbean Princess"*.

3.     The Plaintiff, RAPHAEL PREZIOSO, at all times material herein, is a resident of Largo, Pinellas County, Florida.

4.     At all times material herein, the Defendant, PRINCESS CRUISE LINES, LTD., is a corporation, doing business in Broward County, and owned, managed, and operated that vessel known as the *"Caribbean Princess"*, which is a passenger cruise liner sailing from Ft. Lauderdale, Florida to George Town, Grand Cayman.

5.     This is a case of admiralty and maritime jurisdiction, as hereinafter more fully appears.

6.     Venue is based on 18 U.S.C. '1391(a) as a substantial part of the events or omissions giving rise to this Complaint occurred in the Southern District of Florida.

1

<u>COUNT I</u>

Plaintiffs reallege and reaver paragraphs 1 through 6 as though fully set forth herein.

7.      At all times material hereto, Plaintiff was on board the vessel as a fare paying passenger for a cruise from Ft. Lauderdale, Florida to George Town, Grand Cayman.

8.      On or about November 17, 2022, Plaintiff was exiting the ship on a steel walkway to disembark in Cartagena Columbia and slipped and fell.

9.      At all times material hereto, the Defendant, PRINCESS CRUISE LINES, LTD., owed the Plaintiff a duty of care to provide the vessel in a reasonably safe condition, to provide for his safety, and to guard against potential hazards and dangerous conditions on board the vessel, and in particular, owed a duty to warn the Plaintiff and other passengers of the dangerous conditions in the ingress and egress to the pier from the vessel.

10.     The Defendant, PRINCESS CRUISE LINES, LTD. breached their duty of care and were negligent in the following respects:

    a.      Defendants failed to warn the Plaintiff and others of the potential danger in the egress and ingress to and from the vessel;

    b.      Defendant failed to provide proper means of ingress and egress to and from the vessel to the dock;

    c.      Defendant failed to provide non-skid and non-slippery deck on the vessel for use by passengers such as the Plaintiff;

    d.      Defendant failed to maintain the deck in a safe condition; and

    e.      Defendant failed to require that the deck of the vessel be maintained in such a manner so as to present unsafe conditions during ingress and egress;

2

11.   The above-referenced conditions were known to the Defendant, PRINCESS CRUISE LINES, LTD. or had existed for a sufficient length of time so that the Defendant, PRINCESS CRUISE LINES, LTD., should have known of them.

12.   As a direct and proximate result of the negligence of the Defendants, PRINCESS CRUISE LINES, LTD., the Plaintiff, RAPHAEL PREZIOSO, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition.  The injuries or losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, RAPHAEL PREZIOSO, demands judgment for damages against Defendants, PRINCESS CRUISE LINES, LTD.in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), together with post-judgment and pre-judgment interest at the legal rate and the cost and disbursement of this action and demands a trial by jury of all issues triable by jury.

**DATED** this **19th** day of  March, 2023.

**SERVICE EMAIL:**
SERVICE@UITERWYKLAW.COM

ABRAHAMSON & UITERWYK
CAR ACCIDENT & INJURY LAWYERS
900 W. Platt Street
Tampa, FL 33606
Telephone: (813) 222-0500
Facsimile: (813) 221-4738
jpimenta@uiterwyklaw.com

*/s/ Justin Pimenta*

_____
JUSTIN W. PIMENTA, ESQ., PARTNER
Florida Bar No.:  0619868